## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS HAMPTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-472-MJR |
| KEN BARTLEY, *et al.*, | ) ) ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Plaintiff's motion for appointment of counsel (Doc. 3). Also before the Court is Plaintiff's motion for service of summons upon defendants (Doc. 8). Plaintiff's complaint is still undergoing threshold review pursuant to 28 §§ 1915(e)(2) and 1915A. Therefore, his motion for service of summons on the defendants (Doc. 8) is **DENIED**.

There is no absolute right to appointment of counsel in a civil case. *Cook v. Bounds*, 518 F.2d 779 (4th Cir. 1975); *Peterson v. Nadler*, 452 F.2d 754 (8th Cir. 1971). When presented with a request to appoint counsel, the Court must make the following inquiries: "(1) has the ... plaintiff made a reasonable attempt to obtain counsel or effectively been precluded from doing so and (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself." *Pruitt v. Mote*, 503 F.3d647, 854-55 (7th Cir. 2007). With regard to the first step of the inquiry, it appears Plaintiff has made no attempt to locate counsel to represent him in this matter. Accordingly, Plaintiff's motion for the appointment of counsel (Doc. 3) is **DENIED**, without prejudice.

**IT IS SO ORDERED.**

**DATED this 3rd day of March, 2008.**

                                              **s/ Michael J. Reagan**
                                              **MICHAEL J. REAGAN**
                                              **United States District Judge**